# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUTTERY ENTERPRISES, INC.,
FREDERICK GUTTERY, AND
MARTIN & MILLER PROPERTIES,
LLC

NO.   2025 CW 0357

VERSUS

COPART OF LOUISIANA, INC.
AND COPART CATASTROPHE
RESPONSE FLEET, LLC

**JUNE 16, 2025**

---

In Re:    Copart of Louisiana, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 700657.

---

**BEFORE:    GREENE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

HG
TPS
WEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT